IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIRK ROMERO, Individually and on Behalf of All Similarly Situated Parties, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-3373 |
| JOSE AGUSTIN FUNES, Individually and d/b/a HOUSTON COUNTIES PATROL, | § § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order of today granting Defendant Jose Agustin Funes' Motion for Summary Judgment, the court **ADJUDGES** that plaintiff Dirk Romero take nothing from defendant Jose Agustin Funes and that all claims brought in this action are **DISMISSED with prejudice.**

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 21st day of February, 2013.

SIM LAKE
UNITED STATES DISTRICT JUDGE